UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DENEED RENE CASILLAS,<br><br>        Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security<br>Administration,<br><br>        Defendant. | ) CASE NO.: 5:17-cv-0701 FFM<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated September 11, 2018.


DATED: September 11, 2018

                                     /S/ FREDERICK F. MUMM
                                     FREDERICK F. MUMM
                            United States Magistrate Judge